# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALBERT LYNN BARCROFT | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-562 |
| | § | (Judge Mazzant/Judge Nowak) |
| KENNETH VERN GIBBS, CANDACE | § | |
| GIBBS WALTON, CHRISTY L. LEE, | § | |
| TERMINATED 8/25/2016; AND PATRICK | § | |
| W. FERCHILL, TERMINATED 8/25/2016 | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 5, 2017, the report of the Magistrate Judge (Dkt. #78) was entered containing proposed findings of fact and recommendations that Non-Party Christy L. Lee's Motion for Sanctions, Motion for Pre-Filing Injunction (Dkt. #24) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Non-Party Christy L. Lee's Motion for Sanctions, Motion for Pre-Filing Injunction (Dkt. #24) is **DENIED**.

**IT IS SO ORDERED.**
SIGNED this 25th day of April, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE